IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| OSIRIS S. KAFU, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:04-23360-CMC-BM |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KELLY SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This action has been filed by the Plaintiff, pro se, apparently pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et. seq.. By Order filed February 1, 2005, authorization for the Plaintiff to proceed IFP was granted, the Clerk was directed to issue the summons, and the Marshal was directed to serve the Complaint upon the Defendant. However, the file reflects that the service attempt on the Defendant was returned with the notation "no such street number".

      The Marshal cannot effect service on the Defendant without a proper address from the Plaintiff. The Clerk is directed to provide the Plaintiff with a new form USM-285, and Plaintiff is directed to complete this form, in particular to provide the Defendant's proper and correct address, and return the completed form USM-285 to the Clerk within fifteen (15) day of the date of this Order. Plaintiff is further advised of the requirements of Rule 4(m), Fed.R.Civ.P., which provides for dismissal of a Complaint without prejudice if the Defendant(s) has not been served within one

1

hundred and twenty (120) days of the issuance of the summons.

**IT IS SO ORDERED.**

s/ BRISTOW MARCHANT
Bristow Marchant
United States Magistrate Judge

Columbia, South Carolina

May 16, 2005